### NOBLE V. ANNISTON NATIONAL BANK.
#### Assumpsit.
(Decided April 28th, 1906.   41 So. Rep. 136.)

APPEAL from Anniston City Court.
Heard before HON. T. W. COLEMAN, JR.

W. F. JOHNSON, for appellant.
J. J. WILLETT, for appellee.
Reversed and remanded.
Opinion by DOWDELL, J.
HARALSON, ANDERSON and DENSON, JJ., concur.